## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

ESTATE OF ANNA C. KASYCH, DECEASED, C/O MILDRED CALKINS, ADMINISTRATRIX

    v.

EDWARD H. BUTZ, ESQUIRE, LEVSAVOY BUTZ & SEITZ, LLC., ST. LUKE'S HEALTH NETWORK, INC., AND ST. LUKE'S HOSPITAL ALLENTOWN CAMPUS

PETITION OF:  MILDRED CALKINS

: No. 379 MAL 2016
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 22nd day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Mundy did not participate in the consideration or decision of this matter.